Case 3:14-cv-05017-BHS   Document 16-1   Filed 04/28/14   Page 1 of 3

HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ALEXANDER SVIRIDIUK,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

C 14-5017BHS

ORDER GRANTING PETITIONER'S MOTION FOR FOR AN EXTENSION OF TIME

This matter came before the court upon the unopposed motion of the petitioner seeking an extension of time within which to file a reply to the answer filed by the respondent [CR 14]. Having considered the reasons for the motion, the court has concluded that the motion is meritorious and should be granted; accordingly, it is hereby ORDERED as follows:

1. Petitioner's reply shall be filed by not later than May 16, 2014; and

2. The petition shall be re-noted for May 16, 2014.

DONE this 29 day of April, 2014.

_____
HON. BENJAMIN H. SETTLE
United States District Judge

[PROPOSED] ORDER GRANTING PETITIONER'S
MOTION FOR AN EXTENSION OF TIME - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391